*Solicitor General Hughes, Assistant Attorney General Richardson,* and *Mr. George C. Butte* for the United States. *Messrs. Carroll G. Walter* and *Almond D. Cochran* for respondents.

No. 546. UNITED STATES *v.* PROVIDENT TRUST CO. ET AL.; and

No. 547. LUCAS, COMMISSIONER OF INTERNAL REVENUE *v.* GIRARD TRUST CO. ET AL. January 20, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. The motion to advance is granted and the cases assigned for hearing following the hearing of case No. 428. *Solicitor General Hughes* for petitioners. No appearance for respondents.

No. 520. LEKTOPHONE CORP'N *v.* ROLA CO. January 27, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Charles E. Hughes* and *Wm. H. Davis* for petitioner. No appearance for respondent.

No. 528. BROAD RIVER POWER CO. ET AL. *v.* SOUTH CAROLINA EX REL. DANIEL, ATTORNEY GENERAL. January 27, 1930. Petition for writ of certiorari to the Supreme Court of South Carolina granted. *Mr. Wm. Marshall Bullitt* for petitioners. *Messrs. John M. Daniel, Cordie Page,* and *W. S. Nelson* for respondent.

No. 535. WILLCUTS, COLLECTOR, *v.* BUNN. January 27, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Hughes, Assistant Attorney General Youngquist,* and *Mr. Sewall Key* for petitioner. *Mr. Charles Bunn, pro se.*